**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

US Banner Corporation
14 Victor Street
Greenville, SC 29609

Case Number: 13-05426-hb

TaxID/EIN: 57-0965391

Chapter 11

Debtor-in-possession

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 10th day of November, 2014, serve via U.S. Postal Service with sufficient postage attached thereto a First Addendum to Attorney's Application for Compensation, a Second Addendum to Attorney's Application for Compensation, and an Order and Notice of Hearing in the above-captioned action on all creditors listed on the attached mailing matrix. He further certifies that those parties participating in the Court's CM/ECF system will receive a second copy of those documents.

I hereby certify such service:

_Robert H. Cooper_
Robert H. Cooper, Esquire
The Cooper Law Firm
Attorney for Plaintiffs
150 Milestone Way, Suite C
Greenville, SC 29615
(864) 271-9911 Phone
(864) 232-5236 Facsimile
rhcooper@thecooperlawfirm.com

November 10, 2014

Label Matrix for local noticing
0420-7
Case 13-05426-hb
District of South Carolina
Spartanburg
Mon Nov 10 10:01:44 EST 2014

AAA Cooper Transport
PO Box 935003
Atlanta GA 31193-5003

AVERITT EXPRESS, INC.
PO BOX 3166
COOKEVILLE TN 38502-3166

Atradius Collections, Inc.
1200 Arlington Heights Road
Suite 410
Itasca IL 60143-3109

Averitt Express
PO Box 102197
Atlanta GA 30368-2197

Bank of America
PO Box 15710
Wilmington DE 19886-5710

Linda Barr
Office of United States Trustee
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448

Jody A. Bedenbaugh
Nelson, Mullins, Riley and Scarborough
PO Box 11070
Columbia, SC 29211-1070

Blue Choice Health Plan
PO Box 6000
Columbia SC 29260-6000

Carolina Handling LLC
PO Box 890352
Charlotte NC 28289-0352

Charter Communications
Attention: Cash Management
279 Trowbridge Dr
Fond Du Lac, WI 54937-9180

Charter Communications
PO Box 742600
Cincinnati OH 45274-2600

Cinta's
PO Box 630803
Cincinnati OH 45263-0803

Coffee Break of SC
PO Box 506
Simpsonville SC 29681-0506

Robert H. Cooper
The Cooper Law Firm
150 Milestone Way
Greenville, SC 29615-5088

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087-1453

DOUGHERTY EQUIPMENT COMPANY, INC.
2302 SOABAR STREET
GREENSBORO, NC 27406-3633

Delage Landen
PO Box 41602
Philadelphia PA 19101-1602

Discover
PO Box 6105
Carol Stream IL 60197-6105

Discover Personal Loans
PO BOX 30954
Salt Lake City, UT 84130-0954

Dougherty Equipment Co.
446 Fairforest Way
Greenville SC 29607-4436

Edgepack LLC
204 Camelot Drive
Simpsonville SC 29681-5738

Estes Express Lines
PO Box 25612
Richmond VA 23260-5612

FREIGHTQUOTE.COM, INC.
901 W CARONDELET DR
KANSAS CITY, MO 64114-4674

Fasnap Corp
PO Box 1613
Elkhart IN 46515-1613

Freeman Gas
PO Box 14835
Greenville SC 29610-4835

Freightquote.com
1495 Paysphere Circle
Chicago IL 60674-0014

GSG Fasteners, LLC
PO Box 538069
Atlanta GA 30353-8069

Greatland
Fasnap
PO Box 1613
Elkhart IN 46515-1613

Greenville Chamber of Commerce
24 Cleveland Street
Greenville SC 29601-3648

| | | |
|---|---|---|
| Greenville County Tax Collector<br>301 University Ridge<br>Suite 700<br>Greenville SC 29601-3659 | Hangzhou Soyang Technologies Co., Ltd.<br>Bernstein-Burkley, P.C.<br>c/o Renee M. Kuruce<br>707 Grant Street<br>Suite 2200<br>Pittsburgh, PA 15219-1945 | Healthplan Services, Inc.<br>PO Box 864793<br>Orlando FL 32886-4793 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | J. Bennett Mullinax, LLC<br>3447 Pelham Road, Ste 206<br>Greenville SC 29615-4177 | JANI-KING OF GREENVILLE/SPARTANBURG<br>498-A GARLINGTON ROAD<br>GREENVILLE SC 29615-4615 |
| Jani-King of Greenville<br>498-A Garlington Road<br>Greenville SC 29615-4615 | Kintex Limited<br>725-61 Yoksam-dong<br>Kangnam-gu, Seoul Korea | MARABU NORTH AMERICA LP<br>EULER HERMES NORTH AMERICA INSURANCE COM<br>AGENT OF MARABU NORTH AMERICA LP<br>800 RED BROK BOULEVARD<br>OWINGS MILLS, MD 21117-5173 |
| MCMASTER-CARR SUPPLY COMPANY<br>6100 FULTON INDUSTRIAL BLVD<br>ATLANTA GA 30336-2852 | Mail Finance<br>25881 Network Place<br>Chicago IL 60673-1258 | Marabu NA LP<br>PO Box 63158<br>Charlotte NC 28263-3158 |
| McMaster Carr Supply Company<br>PO Box 7690<br>Chicago IL 60680-7690 | Nicholas Puleo<br>422 Hattie Road<br>Easley SC 29642-7702 | R&L Carriers Inc.<br>PO Box 10020<br>Port William OH 45164-2000 |
| ROADRUNNER TRANSPORTATION<br>4900 S. PENNSYLVANIA AVE<br>CUDAHY, WI 53110-1347 | Renee M. Kuruce, Esq.<br>707 Grant Street<br>Suite 2200<br>Pittsburgh, PA 15219-1945 | Roadrunner Transport Services<br>PO Box 809066<br>Chicago IL 60680-9066 |
| SC Dept of Rev. & Tax<br>PO Box 12265<br>Columbia SC 29211-2265 | SC Dept. of Employment & Workforce<br>P.O. Box 7103<br>Columbia SC 29202-7103 | Small Business Term Loans Inc<br>5852 B Faringdon Place<br>Raleigh NC 27609 |
| Soyang Technologies Co., Ltd.<br>West 19th Floor Yongdong Inf Plz No 141<br>Huancheng Bei Rd<br>Hangzhou City Zhejiang Pr China | John Timothy Stack<br>Office of the United States Trustee<br>1835 Assembly Street Suite 953<br>Columbia, SC 29201-2448 | Staples Credit Plan<br>PO Box 9020<br>Des Moines IA 50368 |
| TD Bank<br>102 S. Main Street<br>Greenville SC 29601-2795 | TD Bank<br>1701 Route 70 East<br>Cherry Hill NJ 08003-2335 | TD Bank<br>200 Carolina Point Parkway<br>Greenville SC 29607-5766 |
| TD Bank<br>917 Haywood Road<br>Greenville SC 29615-3566 | TD Bank, N.A.<br>c/o Jody A. Bedenbaugh<br>Nelson Mullins Riley & Scarborough, LLP<br>P.O. Box 11070<br>Columbia, SC 29211-1070 | Terminix<br>2611 Rutherford Road<br>Greenville SC 29609-6954 |

| | | |
|---|---|---|
| The Dot Printer, Inc.<br>2424 McGaw Avenue<br>Irvine CA 92614-5834 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | U.S. Banner Corp.<br>14 Victor Street<br>Greenville, SC 29609-7310 |
| UPS Freight<br>PO Box 533238<br>Charlotte NC 28290-3238 | United Parcel Service<br>PO Box 7247-0244<br>Philadelphia PA 19170-0001 | United Parcel Service (Freight)<br>c/o Receivable Management Services (RMS<br>P.O. Box 4396<br>Timonium, MD 21094-4396 |
| Verizon Wireless<br>PO Box 660108<br>Dallas TX 75266-0108 | WASTE MANAGEMENT<br>PO BOX 9001054<br>Louisville KY 40290-1054 | Wilson Trucking Corp<br>PO Box 200<br>Fishersville VA 22939-0200 |
| Windstream Communications<br>301 N Main St Suite 5000<br>Greenville SC 29601-2153 | Windstream Communications<br>PO Box 9001950<br>Louisville KY 40290-1950 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)T.D. Bank, N.A.

End of Label Matrix
Mailable recipients     70
Bypassed recipients      1
Total                   71